IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SAMUEL LAMONT HARRIS,         )
                              )
          Petitioner,         )
                              )
     v.                       )     1:18-cr-375-1
                              )     1:21-cv-249
UNITED STATES OF AMERICA,     )
                              )
          Respondent.         )

## ORDER

On August 24, 2023, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 45, 46.) No objections were filed within the time limits prescribed by Section 636.

The court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 45), is **ADOPTED. IT IS FURTHER ORDERED** that the Government's Response, (Doc. 43), is terminated as a motion and Petitioner's Motion to Dismiss Motion to Vacate, Set Aside, or Correct Sentence, (Doc. 38), is **DENIED.** The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable

procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 16th day of October, 2023.

                                                               /s/ William L. Osteen, Jr.
                                                               United States District Judge